1   FRANK N. DARRAS #128904
    MICHAEL B. HORROW #162917
2   SHERNOFF BIDART & DARRAS, LLP
3   600 South Indian Hill Boulevard
    Claremont, CA  91711
4   Telephone:   (909) 621-4935
    Facsimile:    (909) 625-6915
5

6
    Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  PATRICK SCUDERO,                    Case No.: CIV.S-04-2133 DFL DAD

13            Plaintiff,                **STIPULATION AND ORDER RE
                                        VOLUNTARY DISMISSAL OF ENTIRE
14       vs.                            ACTION WITH PREJUDICE**

15

16  LIFE INSURANCE COMPANY OF
    NORTH AMERICA,
17
              Defendant
18

19
         IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff PATRICK SCUDERO
20
    and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their
21
    attorneys of record, that the parties have resolved this matter in its entirety.
22

23
         / / /
24

25

26
         / /
27

28

SHERNOFF BIDART DARRAS
LAWYERS FOR INSURANCE POLICYHOLDERS
600 S INDIAN HILL BLVD CLAREMONT CA 9711  TEL 909 621 4935

1    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

2   shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

3

4   Dated: April 15, 2005          SHERNOFF BIDART & DARRAS, LLP

5

6                                  _____

7                                  FRANK N. DARRAS
                                   Attorneys for Plaintiff: PATRICK SCUDERO

8

9

10  Dated: April ___, 2005         SEYFARTH SHAW, LLP

11

12                                 _____

13                                 CAROLYN A. KNOX
                                   Attorneys for Defendant

14                                 LIFE INSURANCE COMPANY OF NORTH
                                   AMERICA,

15

16                                 **O R D E R**

17

18  **IT IS SO ORDERED.**

19

20  Dated:  4/26/2005              _/s/ David F. Levi_____
                                   DAVID F. LEVI

21                                 United States District Judge

22

23

24

25

26

27

28

SHERNOFF BIDART DARRAS
LAWYERS FOR INSURANCE POLICYHOLDERS
600 S INDIAN HILL BLVD CLAREMONT CA 9711  TEL 909 621 4935